UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:25-CV-02908-PD                              Date: September 10, 2025

Title   *Mister Bailey v. Vora LLC, et al.*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order to Show Cause Re Lack of Prosecution**

On April 3, 2025, Mister Bailey ("Plaintiff") filed a complaint against Vora LLC and DOES 1–10. Dkt. No. 1. On April 7, 2025, the Clerk issued a summons as to Defendant Vora LLC ("Vora"). Dkt. No. 6. Plaintiff filed a proof of service reflecting that he served Vora on April 25, 2025. Dkt. No. 7. Vora's answer was therefore due on May 16, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A). To date, Vora has not answered the complaint. Plaintiff has declined to further prosecute his action by filing a request for entry of default pursuant to Federal Rule of Civil Procedure 55(a) or notice of voluntary dismissal. It is Plaintiff's responsibility to prosecute this action diligently by filing stipulations extending time to respond and seeking Rule 55 remedies promptly upon default of any defendant.

Plaintiff is therefore **ORDERED TO SHOW CAUSE <u>in writing by no later than October 3, 2025</u>**, why this case should not be dismissed without prejudice for lack of prosecution. *See* Fed. R. Civ. P. 41; *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (holding district courts have "inherent power sua sponte to dismiss a case for lack of prosecution.") (citations omitted).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-CV-02908-PD                                   Date: September 10, 2025

Title   *Mister Bailey v. Vora LLC, et al.*

Plaintiff may discharge this Order by seeking entry of default or filing a notice of voluntary dismissal. Failure to timely respond to this Order may result in involuntary dismissal of this action for failure to prosecute and/or for failure to obey a court order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

                                                                                          :
                                                      Initials of Preparer       iv